# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIMA E. LAIBOW, spouse of ALBERT N. STUBBLEBINE, III, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD MENASHE, WILLIAM OSER, LISA CASALE, THE COMMUNITY HOSPITAL GROUP d/b/a JFK MEDICAL CENTER, KINDRED HOSPITAL, ABC COMPANIES (1–10), DEFENDANT PARTNERSHIPS (1–10), JOHN DOE PHYSICIANS (1–10), JANE DOE NURSES (1–10), JANE MOE TECHNICIANS, and PARAMEDICAL EMPLOYEES (1–20),<br><br>    Defendants. | Civ. No. 19-4549 (KM) (ESK)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the Report and Recommendation ("R&R") of Hon. Edward Kiel, United States Magistrate Judge, recommending that the case be dismissed for lack of subject-matter jurisdiction (DE 141); and the Court having considered the submissions of the parties and the R&R; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 19th day of August 2021,

**ORDERED** that the R&R is adopted, and the case is **DISMISSED** for lack of jurisdiction.

/s/ Kevin McNulty
_____
**Hon. Kevin McNulty**
**United States District Judge**